## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 20, 2014

Mr. John C. Bonnie
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326

Mr. William Scott Croft
Bingham Greenebaum Doll
101 S. Fifth Street
3500 National City Tower
Louisville, KY 40202

Ms. Janet P. Jakubowicz
Bingham Greenebaum Doll
101 S. Fifth Street
3500 National City Tower
Louisville, KY 40202

Ms. Nancy F. Rigby
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326

Re:   Case No. 14-5953, *National Union Fire Insurance, et al v. Papa John's Intl, Inc, et al*
      Originating Case No. : 3:12-cv-00677

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc:  Ms. Vanessa L. Armstrong

Enclosure

No mandate to issue

Case No. 14-5953

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA; AMERICAN HOME ASSURANCE COMPANY

      Plaintiffs - Appellees

v.

PAPA JOHN'S INTERNATIONAL, INC.; PAPA JOHN'S U.S.A., INC.

      Defendants - Appellants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                              **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 20, 2014